IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:11-cv-01912 |
| v. | ) | |
| | ) | JUDGE DAN A. POLSTER |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without fees or costs to either party.

Dated this 23rd day of November, 2011.

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Ronald S. Weiss | /s/ Matthew J. Horwitz |
| Weisberg & Meyers, LLC | Frost Brown Todd LLC |

Filed electronically on this 23rd day of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 23rd day of November, 2011 to:

Matthew Horwitz, Esq.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
Tel. 513-651-6718
MHorwitz@fbtlaw.com


By: s/Ronald S. Weiss
 Ronald S. Weiss

CINLibrary LR12625.0590291 2418589v1