IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JANICE LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:11-cv-01912 |
| v. | ) |
| | ) JUDGE DAN A. POLSTER |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

---

**ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE**

The Court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice and without costs.

SO ORDERED.

Dated  November 28 , 2011.

/s/Dan Aaron Polster
UNITED STATES DISTRICT JUDGE